UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL     JS-6

| Case No. | CV 25-5495-AH(AGRx) | Date | DECEMBER 1, 2025 |

| Title | Larisa Rashidovna Lebedeva v. Eurofins Eaton Analytical, LLC et al |

Present: The Honorable   ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

None Present                            None Present

**Proceedings:    (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

On October 7, 2025, the Court issued an order giving the parties time to file their dismissal order by November 25, 2025, in light of the parties settlement. As of today no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice. [JS-6]
All pending hearings are hereby vacated.


IT IS SO ORDERED.

cc: all parties

---

CV-90 (12/02)        **CIVIL MINUTES - GENERAL**        Initials of Deputy Clerk YS